AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Michael Mackrell | ) Case: 1:23−mj−0051<br>) Assigned To: Magistrate Judge G. Michael Harvey<br>) Assign. Date: 3/6/2023<br>) Description: Complaint with Arrest Warrant<br>)<br>) |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Michael Mackrell                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment          ❏ Information          ❏ Superseding Information          ☒ Complaint

❏ Probation Violation Petition          ❏ Supervised Release Violation Petition          ❏ Violation Notice          ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Forcibly Assault, Resist, Oppose, Impede, Intimidate, or Interfere with Certain Officers or Employees

18 U.S.C. §§ 1752(a)(1), (2), and (4) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority with Intent to Impede or Disrupt the Orderly Conduct of Government Business or Official Functions

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder

40 U.S.C. § 5104(e)(2)(F) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date:      3/6/2023

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.03.06 11:29:22 -05'00'

*Issuing officer's signature*

City and state:          Washington, D.C.

G. Michael Harvey, U.S Magistrate Judge
*Printed name and title*

---

| **Return** |
|---|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*